

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Valley & Plainfield Associates, L.P.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111617 | $16,480.21 | 2/16/2023 | 08070-982969 | 2/1/2023 | $1,450.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111617 | $16,480.21 | 2/16/2023 | 08070-982968 | 2/1/2023 | $13,695.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111617 | $16,480.21 | 2/16/2023 | 08070-982967 | 2/1/2023 | $1,334.55 |

Totals:    1 transfer(s),    $16,480.21